# UNITED STATES DISTRICT COURT
for the

Southern District of Georgia
Savannah Division

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| James Reed Griffin | ) Case No: CR407-00043-001 |
| | ) USM No: 13087-021 |
| Date of Previous Judgment: October 11, 2007 | ) Craig S. Bonnell |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
[X] DENIED. [ ] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 30 | Amended Offense Level: | 28 |
| Criminal History Category: | VI | Criminal History Category: | VI |
| Previous Guideline Range: | 168 to 210 months | Amended Guideline Range: | 140 to 175 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
[ ] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] Other (explain):

**III. ADDITIONAL COMMENTS**
The Court has denied the motion for reduction of sentence based on factors identified in 18 U.S.C. § 3553(a), namely the history and characteristics of the defendant and the need to protect the public from further crimes of the defendant. The Court notes the defendant has twenty-four criminal history points, nearly twice that required to reach the threshold for a Criminal History Category VI.

Except as provided above, all provisions of the judgment dated October 11, 2007, shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 2-4-2009

Judge's signature

B. Avant Edenfield
United States District Judge
For the Southern District of Georgia
Printed name and title

Effective Date: _____
(if different from order date)